UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL LICENSING, INC.,

    Plaintiff,

-vs-

CHICAGO ROAD
CORPORATION,
d/b/a DEJA VU BLUE, and
ROBERT TERZICH,

    Defendant.

Case No: 1:13-cv-00827

Honorable Gary Feinerman
Magistrate Susan E. Cox

---

Jeffrey S. Sherbow (P25324)
Attorney for Plaintiff
2446 Orchard Lake Road
Sylvan Lake, Mi 48362
(248) 481-9362
Fax (248) 481-9406

Ljubica Popovic
ARDC No.
Attorney for Defendant Chicago Road
Caputo Law Firm PC
901 W. Jackson Blvd, Suite 301
Chicago, IL 60607-3023
(312) 253-0292

---

**CONSENT JUDGMENT**

Plaintiff Global Licensing, Inc. ("GLOBAL") and the Defendants Chicago Road Corporation d/b/a Deja Vu Blue ("Chicago Road Corporation") and Robert Terzich, having reached a partial resolution of this matter agree to the entry of an order as set forth below:

IT IS HEREBY ORDERED, AND DECREED THAT:

1.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C.

1

§§ 1331 and 138(a) and (b), and 28 U.S.C. § 1367.

2. As part of the parties' settlement, Robert Terzich voluntarily submits to the jurisdiction of this Court.

3. Chicago Road Corporation, and its active officers, agents, servants, employees and Robert Terzich are permanently enjoined and restrained from using the "DEJA VU" name or the word "DEJA VU" (or any word comprised of a character or group of characters sounding the same as "DEJA VU") as, or as part of: (1) a name or domain name for any of their current or future entertainment establishments (including online advertising and social media); and (2) a trademark or service mark for any of their current or future entertainment establishments (including online advertising and social media).

4. Chicago Road Corporation and Robert Terzich shall, within (10) days of this order, remove and or have removed all online advertising, promotion and social medial that uses the "DEJA VU" name or word "DEJA VU" (or any word comprised of a character or group of characters sounding the same as "DEJA VU") including but not limited to advertisements listed on Facebook.com, Manta.com and Yellowpages.com.

5. Chicago Road Corporation and Robert Terzich shall, within (10) days of this order, remove the signage bearing the name "deja vu" located outside Defendants entertainment establishment located at 14112 Chicago Road, Dolton, Illinois 69419.

6. Chicago Road Corporation and Robert Terzich shall, within (10) days of this order, deliver to GLOBAL's counsel for destruction all promotional materials, products, advertisements, signs, brochures, packages, menus, and other printed materials bearing the DEJA VU BLUE/DEJA VU mark or any other marks confusingly similar to GLOBAL's DEJA VU Family of marks and all

plates, molds, matrices, screens or other means for making the same that are in Defendants' possession or control.

7. This Consent Judgment shall be binding upon the parties, as well as upon their respective successors, assigns, subsidiaries, and divisions, and any others acting in concert or participating with them.

8. The parties hereby voluntarily consent to have this Court enter this Consent Decree.

9. That as a full and final settlement, defendants are to pay to plaintiff $5,000.00 forthwith and an additional $5,000.00 on or before August 16, 2013.

10. That this Judgment resolves the last pending claim and closes this case.

_____
United States District Court Judge

Dated: 5/23/2013

The above Consent Judgment is agreed to as to form and substance.

Global Licensing, Inc.

By: *(signature)*

Name: Dawn Beasley

Title: President

Date: 5/22/13

Chicago Road Corporation

By: *(signature)*

Name: HERBERT E WILLIAMS

Title: Vice Presidents

Date: 5-15-2013

Robert Terzich

By: *(signature)*

Name: Robert Terzich

Title: Pres.

Date: 5/16/13

-4-